IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KEVIN TANNER, ET AL.                                                                PLAINTIFFS

vs.                                      NO. 4:08CV00099 BSM

ENTERGY CORPORATION,
ET AL.                                                                                       DEFENDANTS

## ORDER

Pursuant to the parties' agreed motion to dismiss, Plaintiff's claims against Defendants Entergy Corporation, Entergy Global, Entergy Mississippi, Entergy Power, and Entergy Resources are hereby dismissed with prejudice.

IT IS SO ORDERED this 29th day of July, 2008.

_____
UNITED STATES DISTRICT JUDGE