**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**LITTLE ROCK DIVISION**

**LACY MILES**

**PLAINTIFF**

v.                                  **CASE NO. 4:08-CV-00099 BSM**

**ENTERGY ARKANSAS**                                       **DEFENDANT**

## ORDER

Michael Moore, Khayyam Eddings, Tracy Miller, Drew Clem, Janan Honeysuckle, Rickey Hicks, Lacy Miles, Jimmy Hicks, and Fred White are hereby authorized to bring a cell phone, laptop computer, or personal digital assistant into the courthouse July 13-15, 2009, subject to the following rules:

(a)     The devices mentioned above may not be used to record, photograph, or film anyone or anything inside the courthouse.

(b)     Cell phones, Blackberries or PDA type devises must be turned off and put away when in the courtrooms.

(c)     Wireless internet components of electronic devices must be deactivated when in district courtrooms.

(d)     Before persons with electronic devices are granted entry into the courthouse, all devices must be examined by the United States Marshals Service or Court Security Personnel.  This examination includes, but is not limited to placing the device through electronic screening machines and requiring the person possessing the device to turn the power to the device

off and on.

(e)     The United States Marshals Service may further restrict electronic devices

from entering the building should a threat assessment so dictate.

A violation of paragraph (a), (b), or (c) may result in seizure of the electronic

devices, withdrawal of the privilege to bring an electronic device into the courthouse, or

other sanctions.  A violation of the prohibition on recording, photographing, or filming

anyone or anything inside the courthouse may be punished as contempt of court.

IT IS SO ORDERED this 10th day of July, 2009.


_____
UNITED STATES DISTRICT JUDGE